UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Lull and Autotek, Inc., | No. 2:20-cv-1645-KJM-CKD |
| Plaintiffs, | ORDER |
| v. | |
| County of Sacramento, et al., | |
| Defendants. | |

This matter is before the court on defendants' request for entry of judgment, ECF No. 34. In late October 2021, this court granted defendants' motion to dismiss in full and granted defendants' motion for sanctions, with the amount of sanctions to be determined once defendants filed an updated itemization of actual expenses incurred.  See Order (October 29, 2021), ECF No. 29.  In early January 2022, plaintiffs satisfied the sanctions award.  See Notice, ECF No. 34. Upon defendants' request**, the court enters judgment in the case in favor of defendants and dismisses all claims against defendants**.  Accordingly, **this case is closed**.

This order resolves ECF No. 34.

IT IS SO ORDERED.

DATED: April 5, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1